# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0486

VERSUS

MICHAEL WADE

**SEPTEMBER 8, 2025**

---

In Re: Michael Wade, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-19-06621.

---

**BEFORE: LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT